No. 04–8358. BERRY v. KLEM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY. C. A. 3d Cir. Certiorari denied.

No. 04–8364. MURRAY v. THOMPSON, WARDEN. C. A. D. C. Cir. Certiorari denied.

No. 04–8368. MARLOW v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–8371. CORDERO v. GORDON, TRUSTEE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–8373. FOSTER v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–8392. MURPHY v. CAREY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–8394. PITTMAN. v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8395. JACKSON v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 04–8397. VORA v. CROWDER. C. A. 3d Cir. Certiorari denied.

No. 04–8399. WILLIAMS v. BRADSHAW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–8405. BURDSAL v. FARWELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8407. CLARK v. CORRECTIONS CORPORATION OF AMERICA ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–8411. FOTI v. OHIO. Ct. App. Ohio, Lake County. Certiorari denied.

No. 04–8438. COUCH v. HERNANDEZ, WARDEN. C. A. 9th Cir. Certiorari denied.